# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Becky Prothro, et al                                                  Civil Action No. 6:04-868

versus                                                                   Judge Tucker L. Melançon

Wal-Mart Stores, Inc., et al                              Magistrate Judge C. Michael Hill

## MEMORANDUM ORDER

Before the Court is a Motion to Dismiss For Improper Venue filed by defendants, Pacific Cycle, Inc. and Wal-Mart Louisiana, LLC, [doc. no. 88] in which defendants move the Court for a dismissal of plaintiffs' claims because the bicycle accident at issue occurred in Pointe Coupee Parish, in the Middle District of Louisiana.

The record of this case indicates that defendants failed to assert improper venue in their Answer filed on July 1, 2004.[1] A defendant waives the defense of improper venue if he fails to raise it in a motion to dismiss under Rule 12(b) or in his answer. *See* Fed. R. Civ. P. 12(h)(1); *Matter of 5300 Memorial Investors, Ltd.*, 973 F.2d 1160, 1163 (5th Cir.1992) (holding that improper venue is waived if there is no timely objection). Additionally, improper venue does not "impair the jurisdiction of a district court of any matter involving a party who does not interpose timely and sufficient objection to the venue." See 28 U.S.C. § 1406(b). Because defendants neither filed a Rule 12(b) motion challenging venue in this District nor challenged venue in their Answer, the defense of improper venue is waived. Accordingly,

---

[1] In paragraph II of their Answer, defendants stated, "plaintiffs failed to state the basis for proper venue." *R. 7.*

IT IS ORDERED that the Motion to Dismiss For Improper Venue filed by defendants, Pacific Cycle, Inc. and Wal-Mart Louisiana, LLC, [doc. no. 88] is denied.

Thus done and signed this 27th day of January, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE