RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _4/13/06 P___

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Becky Prothro, et al | Civil Action No. 6:04-868 |
| versus | Judge Tucker L. Melançon |
| Wal-Mart Stores, Inc., et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

The trial of this matter was conducted before a jury on April 3, 4, 5, 6 and 11, 2006. Prior to submission of the case to the jury, the parties entered stipulations, stipulating that in the event of a finding in favor of plaintiffs, in particular an award of damages for Past Medical Expenses of Jacob Prothro and an award of Future Medical Expenses for Jacob Prothro those sums would be Fourteen Thousand Eight Hundred Thirty Dollars and 00/100 ($14,830.00) and Twenty-two Thousand Forty-one Dollars and 00/100 ($22,041.00), respectively. The amount of the stipulation for Future Medical Expenses being the present value after discount based on plaintiffs' economist report.

In accord with the jury verdict rendered on the 12th day of April, 2006, substituting the amount actually found by the jury to be due for Past Medical Expenses and Future Medical Expenses for Jacob Prothro with the stipulated amounts set out above,

IT IS ORDERED that judgment be and is hereby entered in favor of plaintiff Becky Prothro as Natural Tutrix for her minor son Jacob Prothro and against defendant

Wal-Mart Stores, Inc. in the sum of Six Hundred Ninety-three Thousand Four Hundred Thirty-five Dollars and 50/100 ($693,435.50) and against defendant Pacific Cycle LLC in the sum of Six Hundred Ninety-three Thousand Four Hundred Thirty-five Dollars and 50/100 ($693,435.50) with interest on all sums at the rate provided for by Title 28, United States Code, Section 1961 from date of entry of judgment until paid.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiff Becky Prothro individually and against defendant Wal-Mart Stores, Inc. in the sum of Twelve Thousand Five Hundred Dollars and 00/100 ($12,500.00) and against defendant Pacific Cycle LLC in the sum of Twelve Thousand Five Hundred Dollars and 00/100 ($12,500.00) with interest on all sums at the rate provided for by Title 28, United States Code, Section 1961 from date of entry of judgment until paid.

IT IS FURTHER ORDERED that the defendants, Wal-Mart Stores, Inc. and Pacific Cycle LLC, are taxed with the costs of this proceeding pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

JUDGMENT RENDERED on the 12th day of April, 2006.

JUDGMENT SIGNED this 13th day of April, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge