RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/9/06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BECKY PROTHRO, ET AL | CIVIL ACTION NO. 6:04-868 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| WAL-MART STORES, INC., ET AL | MAGISTRATE JUDGE C. MICHAEL HILL |

## JOINT SUBMISSION TO AMEND JUDGMENT

Judgment was entered in this matter on April 13, 2006 (*see* Document 191). Among the awards granted by the jury was $14,830.00 for past medical expenses. The parties agree that Louisiana law allows a Medicaid recipient to recover only the amount paid by the Medicaid Program in connection with the injuries made the subject matter of the case. In this case, that amount was $5,252.00. The parties therefore amend the Judgment as follows to reflect that Plaintiff's recovery for past medical expenses is reduced to $5,252.00:

IT IS ORDERED that the original judgment entered on April 13, 2006 be and is hereby amended and entered in favor of plaintiff Becky Prothro as Natural Tutrix for her minor son Jacob Prothro and against defendant Wal-Mart Louisiana, L.L.C. in the sum of Six Hundred Eighty-Eight Thousand, Six Hundred Forty-Six Dollars and 50/100 ($688,646.50) and against defendant Pacific Cycle LLC in the sum of Six Hundred Eighty-Eight Thousand, Six Hundred Forty-Six Dollars and 50/100 ($688,646.50) with interest on all sums at the rate provided for by Title 28, United States Code, Section 1961 from date of entry of judgment until paid.

All other awards contained in the April 13, 2006 Judgment remain unchanged.

AMENDED JUDGMENT SIGNED this 8th day of May, 2006 at Lafayette, Louisiana.

_____
TUCKER L. MELANÇON
United States District Judge

Respectfully submitted,

**STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK L.L.P.**

BY: _____
TODD M. AMMONS (#21441)
JOHN J. SIMPSON (#28761)
One Lakeside Plaza
4th Floor (70601)
Post Office Box 2900
Lake Charles, LA 70602
(337) 436-9491
FAX: (337) 493-7210

**GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.**

BY: _____
STEPHEN HUBER (#24463)
JAMES W. WILLIAMS (#26141)
3500 N. Hullen Street
Metairie, LA 70002
(504) 456-8600
FAX: (504) 456-8624

# GAUTHIER, HOUGHTALING & WILLIAMS

*A Limited Liability Partnership*

Wendell H. Gauthier
(1943-2001)
John W. Houghtaling, II
James M. Williams
Celeste A. Gauthier
Stephen M. Huber
Earl G. Perry, Jr.
Brian J. Houghtaling

*Of Counsel*
Edward F. Downing III
*Special Counsel*
Eric J. O'Bell

3500 North Hullen Street
Metairie, Louisiana 70002

1515 Poydras Street, Suite 1420
New Orleans, Louisiana 70112

Telephone: 504-456-8600
Facsimile: 504-456-8624

Telephone: 504-556-4470
Facsimile: 504-556-4472

May 2, 2006

*Via Federal Express*

Hon. Tucker L. Melancon
800 Lafayette Street
Lafayette, LA 70501

    RE:  Becky Prothro, et al v. Wal-Mart Stores, Inc., et al
           U.S.D.C. No. 04-0868

Dear Judge Melancon:

Enclosed please find the original Joint Submission to Amend Judgment for your signature regarding the above-referenced matter.

With best regards, I remain

                              Sincerely,

                              Stephen M. Huber

SMH/tpo

Enclosure

cc:    Todd Ammons, Esq.